UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOUGLAS,

     Petitioner,

                                   Case No. 19-cv-10261

v.                               Hon. Matthew F. Leitman

BECKY CARL,

     Respondent.

_____/

## <u>ORDER DIRECTING PETITIONER TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS (ECF No. 25)</u>

Petitioner Charles Douglas is a state inmate in the custody of the Michigan Department of Corrections.  On January 25, 2019, Douglas filed a petition for a writ of habeas corpus in this Court. (*See* Pet., ECF No. 1.)  Respondent has now moved to dismiss the petition. (*See* Mot., ECF No. 25.)  Douglas has not filed a response to the motion.  Accordingly, the Court **ORDERS** Douglas to file a written response to Respondent's motion to dismiss by no later than **<u>September 18, 2023</u>**.  The failure to file a response with the Court by that date my result in the dismissal of Douglas' petition.

     **IT IS SO ORDERED**.

                                     s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  August 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126