UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOUGLAS,

      Petitioner,                    Case No. 19-cv-10261
                                         Hon. Matthew F. Leitman

v.

BECKY CARL,

      Respondent.
_____/

## ORDER (1) DIRECTING RESPONDENT TO SERVE ANSWER ON PETITIONER AT THE BARAGA MAXIMUM CORRECTIONAL FACILITY; (2) SETTING DEADLINE FOR PETITIONER TO REPLY TO THE ANSWER; AND (3) DIRECTING PETITIONER TO PROVIDE NOTICE OF CURRENT ADDRESS

In this action, Petitioner Charles Douglas seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Shortly after Douglas filed the petition, on February 12, 2019, the Court notified Douglas of his obligation, pursuant to E.D. Mich. LR 11.2, to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever his address or other contact information changed.  (ECF No. 5.) Douglas complied with that obligation once, but a review of the record makes clear he has failed to do so on several occasions.  That is clear because Douglas has sent

letters to the Court with return addresses from several different facilities over the last few years. (See Letters, ECF Nos. 29, 34.)

It appears that because Douglas failed to update his address he was not served with Respondent's Answer. Respondent served the Answer on Douglas at the Gus Harrison Correctional Facility – which was the address shown on the Court's docket at the time – but it seems that Douglas was housed elsewhere at that time. The Court concludes that Douglas did not receive the Answer because he filed a motion for entry of a default judgment long after the Answer was filed and sent to him.

Out of an abundance of caution, the Court orders Respondent to serve the Answer (ECF No. 32) on Douglas at the Baraga Maximum Correctional Facility by mailing it to Douglas at that facility by **not later than January 25, 2025**. Respondent shall file a proof of service on the Court's docket indicating that it served the Answer as directed. The Court directs service at Baraga because Douglas' latest correspondence identifies that facility as his return address.

Douglas may file a Reply to the Answer by not later than **March 10, 2025**.

Finally, Douglas shall file a notice formally notifying the Court of his current address by **February 10, 2025**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2025

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2025, by electronic means and/or ordinary mail.

                                                   s/Holly A. Ryan
                                                 Case Manager
                                                 (313) 234-5126