UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOUGLAS,

    Petitioner,

v.

CATHERINE BAUMAN,[1]

    Respondent.

Case No. 19-cv-10261
Hon. Matthew F. Leitman

_____/

## JUDGMENT

The above-entitled action came before the Court on an amended petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus is **DENIED,** a certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **GRANTED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 15, 2025
Detroit, Michigan

---

[1] The proper respondent in a habeas action is the petitioner's custodian. *See* Rule 2(a), Rules Governing Section 2254 Cases, 28 U.S.C. § 2254. Douglas is currently incarcerated at the Baraga Correctional Facility where Catherine Bauman is the Warden. The Court therefore **DIRECTS** the Clerk of Court to amend the case caption to substitute Catherine Bauman as the Respondent in this action.